UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: **10-80149-CR**

Plaintiff

vs.

**Patrick Graham**,

## SENTENCING MINUTES

DATE: **2/17/12**   Court Reporter: Stephen Franklin
AUSA **Paul Schwartz**   Defense Counsel: **Bruce Lyons**

Deputy Clerk: Irene Ferrante

## JUDGMENT AND SENTENCE

Imprisonment **48** MONTHS as to COUNTS **two**

Probation _____ YEARS as to COUNTS _____

Supervised Release **one** YEARS as to Counts _____

___ Association restriction  ___ Employment Requirement  ✓ Permissible Search  ___ Deportation
___ Mental Health Treatment  ___ Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

Assessment $ **100.00 (paid in full)**   Fine **0**   Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before **5-4-12 by 2:00pm**
Recommendation to the Bureau of Prisons **Miami**

Time in court: **:20**